# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY TANNER and<br>ANDREW DAVENPORT,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   1:17-cr-00061-LAP |

## DEFENDANTS' NOTICE OF MOTION *IN LIMINE*

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Defendants Gary Tanner and Andrew Davenport move this Court, before the Honorable Loretta A. Preska, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order precluding the government from introducing evidence of the alleged post-conspiracy consequential harm to Valeant.

Dated: New York, New York
       March 12, 2018

Respectfully submitted,

/s/ Howard M. Shapiro

| | |
|---|---|
| JONATHAN N. ROSEN<br>POLSINELLI PC<br>1401 Eye ("I") Street NW<br>Washington, DC  20005<br>(202) 783-3300<br><br>MARY CLARE BONACCORSI<br>POLSINELLI PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL  60606<br>(312) 819-1900<br><br>*Attorneys for Andrew Davenport* | HOWARD M. SHAPIRO<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC  20006<br>(202) 663-6000<br><br>BRENDAN R. MCGUIRE<br>MATTHEW GALEOTTI<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>(212) 230-8800<br><br>*Attorneys for Gary Tanner* |