UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY TANNER and<br>ANDREW DAVENPORT,<br><br>Defendants. | 1:17-cr-00061-LAP |

### DEFENDANTS' NOTICE OF MOTION *IN LIMINE*

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Defendants Gary Tanner and Andrew Davenport move this Court, before the Honorable Loretta A. Preska, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order precluding the government from introducing evidence that the Purchase Option Agreement was worth $300 million in total value.

Dated: New York, New York
      March 12, 2018

                                                            Respectfully submitted,

                                                            <u>/s/ Howard M. Shapiro</u>

| | |
|---|---|
| JONATHAN N. ROSEN<br>POLSINELLI PC<br>1401 Eye ("I") Street NW<br>Washington, DC  20005<br>(202) 783-3300 | HOWARD M. SHAPIRO<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC  20006<br>(202) 663-6000 |
| MARY CLARE BONACCORSI<br>POLSINELLI PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL  60606<br>(312) 819-1900 | BRENDAN R. MCGUIRE<br>MATTHEW GALEOTTI<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>(212) 230-8800 |
| *Attorneys for Andrew Davenport* | *Attorneys for Gary Tanner* |