**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

                     : 

            - v. -                Case No. 1:17-cr-00061-LAP

                     : 

Gary Tanner,                   **NOTICE OF APPEARANCE**

                     :

           Defendant.

                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

      PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Gary Tanner.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 6, 2018

                          Respectfully submitted,

                          /s/ Claire M. Guehenno_____
                          Claire M. Guehenno

                          WILMER CUTLER PICKERING
                            HALE AND DORR LLP
                          7 World Trade Center
                          250 Greenwich Street
                          New York, NY  10007
                          Tel: (212) 295-6254
                          Fax: (212) 230-8888
                          Email: claire.guehenno@wilmerhale.com

                          *Attorney for Defendant Gary Tanner*