

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GARY TANNER and
ANDREW DAVENPORT.,

Defendants.

17 Cr. 61 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Tiffany Teams (Juror No. 8) is directed to appear in person on June 27, 2018 at 3:00 p.m. in Courtroom 12A of the Daniel Patrick Moynihan, United States Courthouse at 500 Pearl Street, New York, New York, 10007 for the purpose of receiving certain instructions from Senior United States District Judge Loretta A. Preska.  All Defendants and Counsel are directed to appear either by telephone or in person.

The United States Marshal for the Southern District of New York is directed to personally serve Ms. Teams with this Order.

SO ORDERED.

Dated:   New York, New York
         June 22, 2018

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge