# WilmerHale

**Brendan R. McGuire**

June 28, 2018

+1 212 295 6278 (t)
+1 212 230 8888 (f)
brendan.mcguire@wilmerhale.com

**VIA ECF**

The Honorable Loretta A. Preska
Senior United States District Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Tanner*, No. 17-cr-61 (LAP)

Dear Judge Preska:

      In connection with the July 18 hearing scheduled in the above-referenced case, on behalf of defendants Gary Tanner and Andrew Davenport, we respectfully request that Your Honor so order the four Rule 17(c) subpoenas attached hereto as Exhibits A through D. In the interests of time, defendants have sent copies of the subpoenas to the relevant parties today, each with a return date of July 6, 2018 for requested documents.

      We are available to answer any questions at the Court's convenience.

Respectfully submitted,

s/ Brendan R. McGuire

Brendan R. McGuire

cc:  All counsel (via ECF)