WILMERHALE

**Brendan R. McGuire**

+1 212 295 6278 (t)
+1 212 230 8888 (f)
brendan.mcguire@wilmerhale.com

October 27, 2018

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Tanner*, No. 17-cr-61 (LAP)

Dear Judge Preska:

Defendant Gary Tanner, by and through counsel, submits Exhibits A through D, letters in support of Mr. Tanner, to supplement Mr. Tanner's Sentencing Memorandum (Doc. No. 198) filed on October 16, 2018.

We are available to answer any questions at the Court's convenience.

Respectfully submitted,


                              /s/ Brendan R. McGuire
                              Brendan R. McGuire

CC:  Counsel of Record (by CM/ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     Washington