

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2019

**BY ECF**

Honorable Loretta A. Preska
Senior United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Andrew Davenport,**
> **S1 17 Cr. 61 (LAP)**

Dear Judge Preska:

The Government respectfully writes pursuant to the order of the United States Court of Appeals for the Second Circuit, dated January 28, 2019, granting defendant Andrew Davenport's motion for bail pending appeal on such terms as this Court shall fix. The Government submits that the defendant's previously ordered bail conditions should be continued pending resolution of his appeal. Counsel for the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:  _____/s/_____
Richard Cooper / Amanda Kramer
Assistant United States Attorneys
(212) 637-1027 / 2478

cc: Counsel of Record (by ECF)