UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

GARY TANNER and
ANDREW DAVENPORT,

                Defendants.

17 Cr. 61 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than November 18 how they propose to proceed.

SO ORDERED.

Dated:    New York, New York
           November 4, 2019

                      *Loretta A. Preska*

                      LORETTA A. PRESKA
                      Senior United States District Judge