Gary Tanner                                   4                                   3040403 – ER.cr
Docket Number: 17 CR 61 (LAP)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]    Transfer of Jurisdiction to the District of Arizona APPROVED

[ ]    Transfer of Jurisdiction to the District of Arizona DENIED

[ ]    Other

_____
_____
_____
_____

                                                    _____
                                                    Honorable Loretta A. Preska
                                                    Senior U.S. District Judge
                                                    June 22, 2020
                                                    Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 17 CR 61 (LAP) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gary Tanner Arizona | DISTRICT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| | NAME OF SENTENCING JUDGE Loretta A. Preska, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/26/19 — TO 11/25/21 |

OFFENSE

Count 1: Honest Services Wire Fraud Conspiracy in Violation of 18 U.S.C. 1349, a Class C Felony. Count 2: Honest Services Wire Fraud in Violation of 18 U.S.C. 1343 and 1346, a Class C Felony. Count 3: Travel Act Conspiracy in Violation of 18 U.S.C. 371, a Class D Felony. Count 4: Money Laundering Conspiracy in Violation of 18 U.S.C. 1956(h), a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 22, 2020
*Date* — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date* — *United States District Judge*