

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

September 21, 2021

Seetha Ramachandran
Member of the Firm
d +1.212.969.3455
f 212.969.2900
SRamachandran@proskauer.com
www.proskauer.com

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

**By ECF**

Re: United States v. Gary Tanner and Andrew Davenport, Case No. S1 17 Cr. 61 (LAP)

Dear Judge Preska,

We represent Kristin Davenport, spouse of defendant Andrew Davenport, in the above-referenced matter. Mrs. Davenport respectfully submits this letter to seek a modest two-week adjournment of time, to October 6, 2021, to file a petition to property on her own behalf. The Government consents to the requested adjournment.

Pursuant to 21 U.S.C. 853(n)(2), third parties have thirty days from the receipt of notice of forfeiture to petition the court for a hearing to adjudicate the validity of her interest in the property. Ms. Davenport received notice on August 23, 2021. Her petition, therefore, would otherwise be due on September 22, 2021. This is Mrs. Davenport's first request for an adjournment. As a hearing date has not yet been set, the short delay would not burden the court or affect any other scheduled dates.

There is good cause for the proposed adjournment. Mrs. Davenport is in discussions with the United States Attorney's Office regarding a potential resolution and/or seeking to limit the scope of the controversy. An extension may potentially resolve the need for a petition altogether.

Respectfully submitted,

/s/ Seetha Ramachandran
Seetha Ramachandran

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/22/21

cc: Assistant U.S. Attorney Richard Cooper (by ECF)