

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

February 2, 2022

Seetha Ramachandran
Member of the Firm
d +1.212.969.3455
f 212.969.2900
SRamachandran@proskauer.com
www.proskauer.com

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

**By ECF**

Re: United States v. Gary Tanner and Andrew Davenport, Case No. S1 17 Cr. 61 (LAP)

Dear Judge Preska,

I represent Kristin Davenport, the spouse of defendant Andrew Davenport, and write to request an adjournment of the briefing schedule in the above-referenced matter. We continue to engage in productive discussions with the Government about potential resolution of Mrs. Davenport's petition for an ancillary proceeding to assert her interest in certain property ordered to be forfeited to the United States. In order to conserve judicial resources and the resources of parties, Mrs. Davenport respectfully requests that the deadlines be adjourned such that the Government's response would be due on February 25, 2022 and Mrs. Davenport's reply would be due on March 11, 2022. The Government consents to Mrs. Davenport's request.

Respectfully submitted,


*/s/ Seetha Ramachandran*
Seetha Ramachandran



cc: Assistant U.S. Attorney Richard Cooper (by ECF)

```
SO ORDERED.
Dated:     February 2, 2022
           New York, New York
```

*Loretta A. Preska*
```
LORETTA A. PRESKA
Senior United States District Judge
```

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC